**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. | Case No.  21-cv-7521-EMC |
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| MODERN FONT APPLICATIONS, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Lucy H. Koh to determine whether it is related to *Duolingo, Inc. v. Modern Font Applications LLC*, Case No. C21-6132-LHK.

**IT IS SO ORDERED.**

Dated:  November 12, 2021

_____
EDWARD M. CHEN
United States District Judge